

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

ALEXANDER NOBLE
*Assistant Corporation Counsel*
phone: (212) 356-2357
anoble@law.nyc.gov

July 25, 2016

**BY ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Donovan Ramirez v. City of New York, et al.</u>, 16-CV-1148 (JBW)(PK)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendant City of New York (hereinafter "Defendant") in the above-referenced matter.[1] I write to respectfully notify the Court that due to the scheduling conflict, the undersigned is unable to attend the initial conference on July 26, 2016, at 12:00 p.m. Accordingly, my colleague, Assistant Corporation Counsel Richard Bahrenburg, will be appearing at the July 26, 2016 initial conference for this limited purpose in my stead. The undersigned has already met and conferred with plaintiff's counsel regarding the initial scheduling order and Mr. Bahrenburg is apprised of the overview of facts and issues of the case.

Respectfully submitted,
/s/
Alexander Noble
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Robert Marinelli, Esq. *(via ECF)*
*Attorney for plaintiff*

---

[1] Upon information and belief, the individuals identified in the caption of the Complaint as "P.O. Dugan" and "P.O. Lindner" have not yet been served with the Summons and Amended Complaint, and accordingly, are not yet parties to this action.